**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

```
UNITED STATES              )
                           )
    v.                     )  Crim. No. 23mj798
                           )  Magistrate Judge Sullivan
MALIK MARVIN LLOYD         )
```

## DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING

Defendant, Malik Marvin Lloyd, through undersigned counsel, hereby moves this Court to continue Mr. Lloyd's Detention Hearing to Monday, April 3, 2023, at 2:00 pm.

Undersigned counsel communicated by email with the Government. AUSA Coreen Mao did not oppose this Motion, and informed counsel of the Government's availability on April 3, 2023, at or after 2:00 pm. As grounds for this Motion, Mr. Lloyd states as follows:

1. The Court held Mr. Lloyd's Initial Appearance Hearing ("IA") on March 29, 2023.

2. At that time, the Court set Mr. Lloyd's Detention Hearing for March 31, 2023, at 2:00 pm.

3. Subsequent to the IA, undersigned counsel identified a new proposed Third Party Custodian ("TPC") for Mr. Lloyd.

4. The Probation Office has initially indicated that this new proposed TPC may be suitable for that role.

5. The proposed TPC is not available to come to Court on March 31, 2023. She is available to come to Court on April 3, 2023.

WHEREFORE, Mr. Lloyd moves the Court to continue his Detention Hearing to April 3, 2023, at 2:00 pm or later that day.

Respectfully submitted,

       /S/
Peter L. Goldman, Esq.
SABOURA, GOLDMAN & COLOMBO, P.C.
1800 Diagonal Road, # 600
Alexandria, VA  22314
(703) 684-6476 (o)
(703) 647-6009 (f)
pgoldmanatty@aol.com
Counsel for Defendant
Malik Marvin Lloyd

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2023, a copy of the foregoing Motion was sent via ECF to: AUSA Coreen Mao and AUSA Timothy Hagan, United States Attorney's Office for the District of Maryland, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770, and to: USPO Ashley Contreras, Unites States Probation Office, at Ashley_Contreras@mdp.uscourts.gov.

       /S/
Peter L. Goldman