**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

```
UNITED STATES                )
                             )
     v.                      )  Crim. No. 23CR00125-TDC
                             )
MALIK M. LLOYD               )
```

**DEFENDANT'S MOTION FOR RECONSIDERATION OF DENIAL OF BOND**

Defendant, Malik M. Lloyd, through undersigned counsel, hereby files this Motion for Reconsideration of this Court's denial of Bond and pretrial release pending trial. As grounds for this Motion, Mr. Lloyd states as follows:

1. Mr. Lloyd has been indicted on a charge of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. Secs. 841(a)(1) and 846.

2. In an April 3, 2023 Detention Hearing, this Court (Magistrate Judge Sullivan) denied pretrial release to Mr. Lloyd under 18 U.S.C. Sec. 3142, finding that Mr. Lloyd was a danger to the community.

3. At the April 3, 2023 Hearing, the Court rejected a proposed Third Party Custodian ("TPC").

4. Mr. Lloyd seeks to propose a new TPC, who has been reviewed and found to be acceptable by Probation Officer Contreras.

5. At the April 3, 2023 Hearing, the Court expressed doubts about the release of Mr. Lloyd in the pretrial phase. However, the Court stated it would consider another TPC in a Motion for Reconsideration.

2

6. Therefore, Mr. Lloyd requests that the Court set a Hearing on this Motion for Reconsideration of the Denial of Bond.

WHEREFORE, Mr. Lloyd moves the Court to st a Hearing on his Motion for Reconsideration of this Court's denial of Bond and pretrial release pending trial.

Respectfully submitted,

/S/
Peter L. Goldman, Esq.
1800 Diagonal Road, # 600
Alexandria, VA  22314
(703) 684-6476 (o)
(703) 647-6009 (f)
pgoldmanatty@aol.com
Counsel for Defendant
Malik M. Lloyd

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2023, a copy of the foregoing Motion was sent via ECF to: AUSA Coreen Mao and AUSA Timothy Hagan, United States Attorney's Office for the District of Maryland, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770, and to: USPO Ashley Contreras, Unites States Probation Office, at Ashley_Contreras@mdp.uscourts.gov.

/S/
Peter L. Goldman

Case 8:23-cr-00125-LKG    Document 50    Filed 06/09/23    Page 3 of 3