IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-23-125** |
| | * | |
| **KEVIN LEE SIMON, JR.,** | * | |
|   a/k/a "Delonte Lee Johnson," | * | |
|   a/k/a "Sed," | * | |
| **BENGI BERNARD KNOX, and** | * | |
| **MALIK MARVIN LLOYD,** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*\*\*\*\*\*\*

## JOINT STATUS REPORT

The parties respectfully submit the following Joint Status Report:

1. On April 5, 2023, a grand jury returned a one-count Indictment against the defendants for violation of 21 U.S.C. § 846, conspiracy to distribute and possess with intent to distribute a controlled substance. ECF No. 36.

2. Defendant Simon, pursuant to a detention hearing, was ordered detained pending trial. ECF Nos. 21, 25. Defendant Knox, after a detention hearing, was ordered released on conditions, including an appearance bond and agreement to forfeit property. ECF Nos. 28, 29, 31. Defendant Lloyd was ordered detained after a detention hearing. ECF Nos. 33, 34.

3. Discovery has been provided pursuant to the terms of a protective order agreed to by each defendant.

4. Each respective party and the government are in discussion regarding potential pre-trial resolution, and at this time, are not requesting that any dates be set for briefing or trial as the parties continue to determine if pre-trial resolutions will be reached. There are no pending motions at this time.

5.      Each respective party and the government requests that a further status report be ordered for January 12, 2024.  Should any plea agreements be reached before then, the government and the relevant party will promptly inform the Court.

6.      Undersigned counsel has conferred with counsel for each defendant regarding the substance of this report.

                Respectfully submitted,

                Erek L. Barron
                United States Attorney

                /s/
                Coreen Mao
                Assistant United States Attorney
                6500 Cherrywood Lane, Suite 200
                Greenbelt, Maryland 20770
                Phone: (301) 344-0112
                Fax: (301) 344-4516
                Coreen.Mao@usdoj.gov