KOH
TFH: USAO 2023R00217



USDC- GREENBELT
'25 MAR 31 PM 2:01

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-23-125** |
| | * | |
| MALIK MARVIN LLOYD, | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute a Controlled |
| Defendant | * | Substance, 21 U.S.C. § 846; Possession |
| | * | with Intent to Distribute Controlled |
| | * | Substances, 21 U.S.C. § 841(a)(1); |
| | * | Forfeiture, 21 U.S.C. § 853) |
| | * | |

*******

### SUPERSEDING INFORMATION
### (as to MALIK MARVIN LLOYD only)

### COUNT ONE
### (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance)

The United States Attorney for the District of Maryland charges that:

Between at least in or around December 2022 and continuing through in or around March 2023, in the District of Maryland and elsewhere, the defendant,

### MALIK MARVIN LLOYD,

did knowingly combine, conspire, confederate, and agree with others known and unknown to distribute and possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of phencyclidine, commonly known as PCP, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

21 U.S.C. § 846

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

The United States Attorney for the District of Maryland further charges that:

On or about March 29, 2023, in the District of Columbia, the defendant,

**MALIK MARVIN LLOYD,**

did knowingly possess with the intent to distribute (1) 100 grams or more of a mixture or substance containing a detectable amount of phencyclidine, commonly known as PCP, a Schedule II controlled substance; and (2) cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(C)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 as a result of the defendant's convictions under Count One and Count Two of this Superseding Information.

### Narcotics Forfeiture

2. Upon conviction of any of the offenses set forth in Count One and Count Two of this Superseding Information, the defendant,

### MALIK MARVIN LLOYD,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any such offense, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

Date: 3/31/2025

Kelly O. Hayes
United States Attorney